```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 01043
  NILE ROGER PELIKA
  ELEANOR ANNETTE PELIKA                        CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
  SSN XXX-XX-8859    SSN XXX-XX-1628


-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/17/08 and confirmed on 04/17/08.

     2.  The case was converted to Chapter 7 after confirmation, 10/10/2008.

     3.  The Debtor paid a total of $   8750.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MOREQUITY INC | CURRENT MORTG | 6724.00 | .00 | 6724.00 |
| MOREQUITY INC | MORTGAGE ARRE | 11037.82 | .00 | .00 |
| DRIVE NOW ACCEPTANCE COR | SECURED VEHIC | 7271.00 | .00 | 1526.00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHRYSLER FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MOHAMED K GHUMRA MD | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 25032.82 | .00 | .00 | .00 | 25032.82 |
| PRINCIPAL PAID | 8250.00 | .00 | .00 | .00 | 8250.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 8250.00 | .00 | .00 | .00 | 8250.00 |

```
The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   3500.00
and was paid $   2200.00  direct and $       .00  through the plan.

The Trustee received $    500.00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

```
Dated: 01/22/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```